**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Brian A. Bash, Trustee,** | ) | **CASE NO. 5:12 CV 997** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Jeffrey W. Osler, et al.,** | ) | <u>**Memorandum of Opinion and Order**</u> |
| | ) | |
| **Defendant.** | ) | |

**<u>INTRODUCTION</u>**

This matter is before the Court upon the Report and Recommendation ("R&R") of

Bankruptcy Judge Marilyn Shea-Stonum recommending that Plaintiff's Motion for Sanctions in

the Form of a Default Judgment Against Defendants Dana Osler and Geist Sports Academy,

LLC be Granted (Doc. 25).  No objections have been filed.  For the reasons that follow, the R&R

is ACCEPTED.

**<u>DECISION</u>**

In that no objections have been filed, the Court will review the R&R for clear error.

Having done so, and finding no clear error, the Court ACCEPTS the R&R and finds that a

1

default judgment is appropriate for the reasons stated in the R&R.  The R&R is incorporated by

reference as if fully set forth herein.

       IT IS SO ORDERED.


                     /s/ Patricia A. Gaughan
                     PATRICIA A. GAUGHAN
                     United States District Judge

Dated: 2/14/13